# Court of Appeals
# of the State of Georgia

ATLANTA,  July 25, 2017

*The Court of Appeals hereby passes the following order:*

## A17A2066.  JENNIFER NEWMAN v. STATE OF GEORGIA.

In this civil forfeiture action, the trial court ordered the State to return seized property to Jennifer Newman, and to pay Newman $1,200 in attorney fees pursuant to OCGA § 9-15-14 (b).  Newman then filed the instant direct appeal from the attorney fee award, challenging the fee amount.[1]  We lack jurisdiction to consider the appeal because such awards must be appealed by application for discretionary review.  See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988).  Newman's failure to comply with the discretionary appeal requirements deprives us of jurisdiction to consider her appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The State has filed a cross-appeal, which is subject to dismissal as untimely. See Case No. A17A2067.